UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF ALASKA<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF CALIFORNIA<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF COLORADO<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF CONNECTICUT<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF DELAWARE<br>*ex rel.* MICHAEL ROSE;<br><br>DISTRICT OF COLUMBIA<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF FLORIDA<br>*ex rel.*   MICHAEL ROSE;<br><br>STATE OF GEORGIA<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF HAWAII<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF ILLINOIS<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF INDIANA<br> *ex rel.* MICHAEL ROSE;<br><br>STATE OF IOWA<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF LOUISIANA<br>*ex rel.* MICHAEL ROSE;<br><br>STATE OF MARYLAND | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>CIVIL ACTION No: 17-CV-4963<br><br>FILED UNDER SEAL<br>PURSUANT TO 31 U.S.C. § 3730(b)<br><br>**JURY TRIAL DEMANDED** |

1

2

*ex rel*. MICHAEL ROSE;

STATE OF MASSACHUSETTS
*ex rel.* MICHAEL ROSE;

STATE OF MICHIGAN
*ex rel.* MICHAEL ROSE;

STATE OF MINNESOTA
*ex rel.* MICHAEL ROSE;

STATE OF MONTANA
*ex rel*. MICHAEL ROSE;

STATE OF NEVADA
*ex rel*. MICHAEL ROSE;

STATE OF NEW JERSEY
*ex rel.* MICHAEL ROSE;

STATE OF NEW MEXICO
*ex rel.* MICHAEL ROSE;

STATE OF NEW YORK
*ex rel*. MICHAEL ROSE;

STATE OF NORTH CAROLINA
*ex rel.* MICHAEL ROSE;

STATE OF OKLAHOMA
*ex rel.* MICHAEL ROSE;

STATE OF RHODE ISLAND
*ex rel.* MICHAEL ROSE;

STATE OF TENNESSEE
*ex rel.* MICHAEL ROSE;

STATE OF TEXAS
*ex rel.* MICHAEL ROSE;

STATE OF VERMONT
*ex rel.* MICHAEL ROSE;

STATE OF VIRGINIA
*ex rel.* MICHAEL ROSE;

2

STATE OF WASHINGTON
*ex rel.* MICHAEL ROSE;

STATE OF WISCONSIN
*ex rel.* MICHAEL ROSE;

        Plaintiffs,

v.

INTUITIVE SURGICAL, INC

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Relator Michael Rose dismisses this action without prejudice to the Plaintiffs.

DATED this 19th day of January, 2021

_____
William Christopher Carmody (WC8478)
Arun Subramanian (AS2096)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-3330
Facsimile: (212) 336-8340
Email: bcarmody@susmangodfrey.com
Email: asubramanian@susmangodfrey.com

Matthew R. Berry (WA State Bar No.: 37364)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Email: mberry@susmangodfrey.com

*Counsel for Relator*

7852651v1/015239